# United States District Court

Eastern District of Wisconsin

**JUDGMENT IN A CIVIL CASE**

**MITCHELL HARRIS,**

**Plaintiff,**

v.  **Case No. 07-C-274**

**RICK MONTGOMERY and
SCOTT KRAUS,**

**Defendants.**

[x]  **Decision by Court**. This action came for consideration before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that defendants prevail on the motion to dismiss and the plaintiff's complaint and this action are DISMISSED.


Jon W. Sanfilippo, Clerk of Court
EASTERN DISTRICT OF WISCONSIN

Date: November 15, 2007    (By) Deputy Clerk, s/C. Quinn


Approved this 15th day of November, 2007.


s/AARON E. GOODSTEIN
United States Magistrate Judge